JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**OFFICE COPY**

| KINGATE GLOBAL FUND LTD. and KINGATE EURO FUND LTD., |
|---|
| Plaintiffs, |
| v. |
| DEUTSCHE BANK SECURITIES INC., |
| Defendant. |

No. _____ 11 CIV 9364

**RULE 7.1 DISCLOSURE**

RECEIVED DEC 21 2011 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. make the following disclosures:

Kingate Global Fund Ltd. was incorporated in the British Virgin Islands on February 11, 1994. No parent corporation or publicly-held corporation owns ten percent or more of Kingate Global Fund Ltd.'s shares.

Kingate Euro Fund Ltd. was incorporated in the British Virgin Islands on April 19, 2000. No parent corporation or publicly-held corporation owns ten percent or more of Kingate Euro Fund Ltd.'s shares.

Dated: New York, New York
December 21, 2011

Respectfully submitted,

By: /s/ Richard I. Werder, Jr.
Richard I. Werder, Jr.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000
*Attorneys for Plaintiffs Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*