UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGATE GLOBAL FUND LTD. and
KINGATE EURO FUND LTD.,

        Plaintiffs,

- against -

DEUTSCHE BANK SECURITIES INC.,
        Defendant,

11 Civ. 9364 (DAB)

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

  Deutsche Bank Securities Inc. ("DBSI"), by and through its undersigned counsel, submits this statement pursuant to Federal Rule of Civil Procedure 7.1. DBSI is a Delaware corporation and is an indirect, wholly-owned subsidiary of Deutsche Bank AG. No publicly-held corporation owns 10 percent or more of its stock.

Dated: New York, New York
   January 11, 2012

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Thomas A. Arena (TA-4613)
Mia C. Korot (MK-5878)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

*Attorneys for Defendant Deutsche Bank Securities Inc.*