UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGATE GLOBAL FUND LTD. and KINGATE EURO FUND LTD., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> -against- <br><br> DEUTSCHE BANK SECURITIES., <br><br> Defendant-Counterclaim Plaintiff. | Case No.  11 Civ. 9364 (DAB) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**  that the undersigned, an attorney with the law firm Quinn, Emanuel, Urquhart & Sullivan LLP, hereby appears as counsel of record for Plaintiffs Kingate Global Fund LTD. and Kingate Euro Fund LTD., and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the undersigned.


Dated: New York, NY
       April 5, 2012                QUINN EMANUEL URQUHART & SULLIVAN LLP


                                    By:     /s/ David Elsberg
                                    David Elsberg
                                    51 Madison Avenue
                                    New York, New York, 10010
                                    Tel:   (212) 849-7250
                                    Fax:   (212) 849-7100
                                    Email: davidelsberg@quinnemanuel.com

                                    *Attorney for Plaintiffs-Counterclaim Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*