UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGATE GLOBAL FUND LTD. and
KINGATE EURO FUND LTD.,

   Plaintiffs-Counterclaim Defendants,

          -against-

DEUTSCHE BANK SECURITIES.,

   Defendant-Counterclaim Plaintiff.

Case No.  11 Civ. 9364 (DAB)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**  that the undersigned, an attorney with the law firm Quinn, Emanuel, Urquhart & Sullivan LLP, hereby appears as counsel of record for Plaintiffs Kingate Global Fund LTD. and Kingate Euro Fund LTD., and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the undersigned.

Dated: New York, NY
      April 5, 2012               QUINN EMANUEL URQUHART & SULLIVAN LLP

                                         By:    /s/ Rex Lee
                                         Rex Lee
                                         51 Madison Avenue
                                         New York, New York, 10010
                                         Tel:    (212) 849-7163
                                         Fax:   (212) 849-7100
                                         Email: rexlee@quinnemanuel.com

                                         *Attorney for Plaintiffs-Counterclaim Defendants Kingate*
                                         *Global Fund Ltd. and Kingate Euro Fund Ltd.*