UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGATE GLOBAL FUND LTD. and
KINGATE EURO FUND LTD.,

   Plaintiffs-Counterclaim Defendants,

         -against-

DEUTSCHE BANK SECURITIES.,

   Defendant-Counterclaim Plaintiff.

Case No.  11 Civ. 9364 (DAB)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, an attorney with the law firm Quinn, Emanuel, Urquhart & Sullivan LLP, hereby appears as counsel of record for Plaintiffs Kingate Global Fund LTD. and Kingate Euro Fund LTD., and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the undersigned.

Dated: New York, NY
      April 5, 2012

QUINN EMANUEL URQUHART & SULLIVAN LLP

By:   /s/ Walt Pfeffer
Walter Pfeffer
51 Madison Avenue
New York, New York, 10010
Tel:  (212) 849-7490
Fax:  (212) 849-7100
Email: walterpfeffer@quinnemanuel.com

*Attorney for Plaintiffs-Counterclaim Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*