**MEMO ENDORSED**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100



June 1, 2012

<u>VIA HAND DELIVERY</u>

The Honorable Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re:   *Kingate Global Fund Ltd., et al. v. Deutsche Bank Securities Inc.*, No. 11-cv-9364 (DAB)

Dear Judge Batts:

We represent Plaintiffs-Counterclaim Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. ("Kingate") in the above-referenced action. We write to request, on behalf of both Kingate and Defendant-Counterclaim Plaintiff Deutsche Bank Securities Inc., that the Court include an additional two-month stay of discovery in its forthcoming scheduling order in this case.

On April 12, 2012, the parties had their initial status conference with the Court. Pursuant to the Court's recommendations at that conference, on April 16, 2012, the parties submitted a discovery schedule proposal (the "April 16 Proposed Discovery Schedule") that included a one-month delay to the start of discovery to facilitate a possible solution to the litigation. No solution has thus far emerged, and the one-month delay expired on May 16, 2012. Under the parties' proposed discovery schedule, discovery is to now commence.

The parties, however, are hopeful that an additional delay to the start of discovery will lead to a resolution of the litigation. Accordingly, the parties respectfully request that the Court incorporate in its forthcoming scheduling order an additional two-month delay to the start of discovery, with discovery to begin on July 31, 2012. The parties also propose that, following the additional two-month discovery stay, pre-trial activities would proceed as described in the parties' April 16 Proposed Discovery Schedule in that document discovery would last four months, deposition discovery would last six months, expert discovery would last three months and summary judgment

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100


MEMO ENDORSED

The Honorable Deborah A. Batts
June 1, 2012
Page 2 of 2

**MEMO ENDORSED**

motions would be briefed over three months. With the proposed two-month stay, the new discovery schedule would be as follows:

| Event | Date |
|---|---|
| Resumption of Document Discovery | July 31, 2012 |
| Conclusion of Document Discovery | November 30, 2012 |
| Conclusion of Deposition Discovery | May 31, 2013 |
| Expert Reports Due | June 28, 2013 |
| Expert Rebuttal Reports Due | July 31, 2013 |
| Conclusion of Expert Depositions | August 30, 2013 |
| Summary Judgment Motions Due | October 31, 2013 |
| Summary Judgment Oppositions Due | November 27, 2013 |

Granted.
/DAB/
6/1/12

As with the parties' previously submitted schedule, the parties would endeavor in good faith to provide privilege logs no later than 30 days after the completion of their document productions.

We are available at the Court's convenience to answer any questions.

Respectfully submitted,

Rex Lee

cc: Counsel for Deutsche Bank Securities Inc.

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS  6/1/12
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED