USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
KINGATE GLOBAL FUND LTD. and
KINGATE EURO FUND LTD.,

      Plaintiffs-Counterclaim Defendants,

      v.

DEUTSCHE BANK SECURITIES INC.,

      Defendant-Counterclaim Plaintiff.
---------------------------------------------------------------- x

No. 11 CIV. 9364 (DB)

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, plaintiffs Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. (collectively, the "Kingate Funds") filed a Complaint on December 21, 2011, asserting claims against defendant Deutsche Bank Securities Inc. ("DBSI"); and

WHEREAS, DBSI filed an Answer and Counterclaim on January 11, 2012, asserting a counterclaim against the Kingate Funds.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), the Kingate Funds and DBSI, by and through their undersigned counsel, stipulate to the dismissal of the above-captioned action without prejudice.

*[remainder of page intentionally left blank]*

Each party will bear its own fees and costs.

Dated: New York, New York
December 11, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Richard I. Werder, Jr.
Richard I. Werder, Jr.

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for the Kingate Funds*

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Thomas A. Arena
Thomas A. Arena

One Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

*Attorneys for DBSI*

**SO ORDERED**

/s/ Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
01/02/14

2